IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

# N O T I C E

One of Judge Fischer's children practices law with the following office:

Adam Barry Fischer (son)
Assistant United States Attorney for the Western District of Pennsylvania
(Civil Division)

Judge Fischer will disqualify herself in any proceeding in which her child is acting as a lawyer in the representation of any party.  Judge Fischer deems herself able to maintain her impartiality in any proceeding involving the above-mentioned office and, therefore, will not disqualify herself when her child is not acting as a lawyer in the representation of a party.

cc/ecf:    Counsel of record.